UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NATHAN E. LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00262-SEB-MJD |
| | ) | |
| CHELSIE J. BOYCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In this civil rights action, Plaintiff Nathan Lindsey alleges that he was denied medical supplies and adequate living conditions for several days while on suicide watch at New Castle Correctional Facility ("New Castle"). This matter comes before the Court on Mr. Lindsey's several pending motions. The Court addresses each in turn.

I.      **Motion for Counsel**

Mr. Lindsey has filed, and the Court has denied, numerous motions for counsel in this case. In its April 6, 2026 order, the Court warned: "**Mr. Lindsey should not file any additional motions for counsel absent a significant change in circumstances**." Dkt. 63 (emphasis in original). Nevertheless, Mr. Lindsey has filed another motion for counsel in this case. Dkt. 64

Court has already issued orders assessing the factual and legal complexity of Mr. Lindsey's claims and evaluating his competency to litigate the claims himself. The Court has previously denied Mr. Lindsey counsel in this matter, finding that he is capable of litigating the case by himself. *See* dkts. 13, 52, 63. There has not been a significant change in circumstances so as to warrant counsel here.  Mr. Lindsey's motion, dkt. [64], is **summarily denied.** Mr. Lindsey is again warned that he **should not file any additional motions for counsel absent a significant change**

**in circumstances**. Any counsel motions filed absent a significant change in circumstances **will be likewise summarily denied.**

## II.        Motion for Leave to Amend Complaint

Mr. Lindsey's motion for leave to file amended complaint, dkt. [65], is **denied**. Mr. Lindsey moved for leave to amend his complaint on April 20, 2026, almost two months after the deadline to amend pleadings set by this Court's Order Setting Pretrial Schedule. Dkt. 47.

Mr. Lindsey's motion describes his attempts to obtain counsel and briefly states: "I respectfully ask this Court for permission to amend 1983 civil complaint 1:25-cv-00262-SEB-MJD." Dkt. 65.

"Federal Rule of Civil Procedure 15 provides that, as a general rule, a court 'should freely give leave [to amend] when justice so requires.'" *Gonzalez-Koeneke v. West*, 791 F.3d 801, 807 (7th Cir. 2015) (quoting Fed. R. Civ. P. 15(a)(2)). But when, as here, a plaintiff moves to amend his complaint after the deadline, the Court applies the "heightened good-cause standard of Rule 16(b)(4) before considering whether the requirements of Rule 15(a)(2) were satisfied." *Adams v. City of Indianapolis*, 742 F.3d 720, 734 (7th Cir. 2014). "[D]istrict judges have broad discretion to deny leave to amend, where there is undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies, undue prejudice to the defendants, or where the amendment would be futile." *Huon v. Denton,* 841 F.3d 733, 745 (7th Cir. 2016) (internal quotation omitted).

Mr. Lindsey provided no reason for filing a motion for leave to amend so long after the deadline. Nor did he attach a proposed amended complaint, which makes it impossible for the Court to determine whether permitting an amendment would indeed be in the interest of justice. Accordingly, Mr. Lindsey's motion to amend, dkt. [65], is **denied**.

### III.    Motion to Intervene and Set Trial

Mr. Lindsey filed a motion requesting that the Court set a trial date if the Defendants do not accept his settlement offer. Dkt. 66 at 1. Mr. Lindsey's motion, dkt. [66], is **denied.** The Court will set a trial date if his claims survive summary judgment.

**IT IS SO ORDERED.**

Date:    5/21/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

NATHAN E. LINDSEY
154343
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362

Laura K. Binford
RILEY BENNETT EGLOFF LLP
lbinford@rbelaw.com

Benjamin Daniel Ice
Barrett & McNagny
bdi@barrettlaw.com

Joseph Thomas Lipps
BBFCS ATTORNEYS
jlipps@bbfcslaw.com

Lindsay A. Llewellyn
Riley Bennett Egloff LLP
lllewellyn@rbelaw.com